CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-14-123-C                                                                DATE    11/12/14

STYLE: UNITED STATES v.  Paula Kluding

PROCEEDINGS:           (FURTHER) NON-JURY TRIAL          (FURTHER) JURY TRIAL

COMMENCED 9:00            ENDED 12:00
                                                                     TOTAL TIME:   6   Hrs.   0   Mins.
COMMENCED  1:00            ENDED  4:00

JUDGE Robin J. Cauthron           DEPUTY CLERK Linda Goode           REPORTER Sherri Grubbs

Plf counsel         Amanda M. Green, Jessica Perry

Dft counsel         Danny White

Enter as above. **Dft(s) appear(s) in person**.         Parties announce ready

**Jury duly** empaneled and **admonished**. Rule invoked on mtn of plf - dft

**Plf - Dft make opening statement**. Dft defers same until close of plf's evidence

**Plf** (**presents** - continues) **case in chief with testimony of witnesses**.

Plf's exhibits admitted.  1 - 80

Dft's exhibits admitted.

Plf rests. Dft's mtn for _____        GRANTED    DENIED    UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest. Dft renews mtn for _____        GRANTED    DENIED

Closing arguments. _____ Court instructs the jury. ____ Bailiff sworn. _____

Jury retires to deliberate at _____. Jury returns with verdict of (G) on counts _____

and (NG) on counts _____ at _____. Is polled. ____ Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshall) awaiting sentencing.

Bond set at $_____ (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court adjourns to  11/13/14 at 9:30 a.m.

CASE NO. CR-14-123-C    DEPUTY Linda Goode    JUDGE Robin J. Cauthron    DATE 11/12/14

NAMES OF JURORS

1. _____    7. _____
2. _____    8. _____
3. _____    9. _____
4. _____    10. _____
5. _____    11. _____
6. _____    12. _____

ALT #1 _____    ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |
| 6. | 6. | 6. |
|  | 7. |  |
|  | 8. |  |
|  | 9. |  |
|  | 10. |  |

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Yvonne Luckie | 1. |
| 2. Lori Strater | 2. |
| 3. Jim Peebles | 3. |
| 4. Heather Littleton | 4. |
| 5. Malissa Gordon | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |