<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO. <u>CR-14-123-C</u>                           DATE <u>  11/14/14  </u>

STYLE: UNITED STATES v. <u> Paula Kluding </u>

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL          **(FURTHER) JURY TRIAL**

COMMENCED <u>9:00</u>          ENDED <u>12:00</u>

TOTAL TIME: <u>  5  </u> Hrs. <u>  0  </u> Mins.

COMMENCED <u> 1:00 </u>          ENDED <u>  3:00  </u>

JUDGE Robin J. Cauthron          DEPUTY CLERK Linda Goode          REPORTER Sherri Grubbs

Plf counsel          Amanda M. Green, Jessica Perry

Dft counsel          Danny White

Enter as above. **Dft(s) appear(s) in person**.          Parties announce ready

Jury duly empaneled and admonished. Rule invoked on mtn of plf - dft

Plf - Dft make opening statement. Dft defers same until close of plf's evidence

**Plf** (presents - **continues**) **case in chief with testimony of witnesses**.

Plf's exhibits admitted.

Dft's exhibits admitted.

**Plf rests**. **Dft's mtn for acquittal**          GRANTED     **DENIED**     UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest. Dft renews mtn for ___          GRANTED     DENIED

Closing arguments. ___ Court instructs the jury. ___ Bailiff sworn. ___

Jury retires to deliberate at ___. Jury returns with verdict of (G) on counts ___

and (NG) on counts ___ at ___. Is polled. ___ Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshall) awaiting sentencing.

Bond set at $___ (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court adjourns to <u> 11/17/14 at 9:00 a.m. </u>

CASE NO. CR-14-123-C   DEPUTY Linda Goode   JUDGE Robin J. Cauthron   DATE 11/14/14

## NAMES OF JURORS

| | |
|---|---|
| 1. | 7. |
| 2. | 8. |
| 3. | 9. |
| 4. | 10. |
| 5. | 11. |
| 6. | 12. |

ALT #1 _____    ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

## CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |
| 6. | 6. | 6. |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Michelle McGolden | 1. |
| 2. Velvet Smith | 2. |
| 3. Doug Gerzmehle | 3. |
| 4. Cynthia Webb | 4. |
| 5. Tiffany Richardson | 5. |
| 6. Patricia Carter | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |