CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-14-123-C                                               DATE   11/17/14

STYLE: UNITED STATES v.  Paula Kluding

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL         **(FURTHER) JURY TRIAL**

COMMENCED 9:15           ENDED 12:00

COMMENCED 1:00           ENDED 3:30

TOTAL TIME:   5   Hrs.   15   Mins.

JUDGE Robin J. Cauthron       DEPUTY CLERK Linda Goode       REPORTER Sherri Grubbs

Plf counsel       Amanda M. Green, Jessica Perry

Dft counsel       Danny White

Enter as above. **Dft(s) appear(s) in person**.       Parties announce ready

Jury duly empaneled and admonished.  Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.  Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.

Dft's exhibits admitted.

Plf rests.  Dft's mtn for _____       GRANTED     DENIED     UNDER ADVISEMENT

Dft makes opening statement.

**Dft** (**presents** - continues) **case in chief with testimony of witnesses and rests**.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

**Parties rest**.  **Dft renews mtn for acquittal**       GRANTED     **DENIED**

Court instructs the jury.  _____ Closing arguments.  _____ Bailiff sworn.  _____

Jury retires to deliberate at _____.  Jury returns with verdict of (G) on counts _____

and (NG) on counts _____ at _____.  Is polled.     Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshall) awaiting sentencing.

Bond set at $_____ (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court adjourns to  11/18/14 at 9:30 a.m.

CASE NO. CR-14-123            -C    DEPUTY Linda Goode    JUDGE Robin J. Cauthron    DATE  11/17/14

## NAMES OF JURORS

1. _____            7. _____
2. _____            8. _____
3. _____            9. _____
4. _____           10. _____
5. _____           11. _____
6. _____           12. _____

ALT #1 _____       ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

## CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. ___ | 1. ___ | 1. ___ |
| 2. ___ | 2. ___ | 2. ___ |
| 3. ___ | 3. ___ | 3. ___ |
| 4. ___ | 4. ___ | 4. ___ |
| 5. ___ | 5. ___ | 5. ___ |
| 6. ___ | 6. ___ | 6. ___ |
|       | 7. ___ |        |
|       | 8. ___ |        |
|       | 9. ___ |        |
|       | 10. ___|        |

WITNESSES FOR PLAINTIFF

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____

WITNESSES FOR DEFENDANT

1. Dr. Gregory Blair        11. Sherry Isbell
2. Dr. James Ferris         12. Kaitlyn Kluding
3. Linda Scoggins           13. Brenda Mabry
4. Keith Cole               14. James Blevins
5. Tammy Perez              15. Paula Kluding
6. Tammy Barbour
7. Melissa Combs
8. Melissa Meek
9. Linda Dyer