IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. CR-14-123-C |
| ) | |
| **PAULA KLUDING,** ) | |
| ) | |
| Defendant. ) | |

COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

Please inform the bailiff whether you would like to go home at 4:00 p.m., or continue your deliberations until 5:00 p.m. and return tomorrow morning.

_____
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE


Date  11/18/14