IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. CR-14-123-C |
|  | ) |  |
| PAULA KLUDING, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## VERDICT

We, the jury, being duly sworn and upon our oaths, find the defendant,

**Paula Kluding**,

With respect to Count 1:   Not Guilty _____   Guilty ___✓_____

If you found Defendant guilty with respect to Count 1, please place a checkmark in the first column next to the overt act or acts that you unanimously agreed were committed.

|   | Patient | Purported Date of Service | False Document |
| --- | --- | --- | --- |
| ✓ | F.Ba. | 5/12/11 | Face to Face Encounter |
| ✓ | F.Ba. | 5/12/11 | Comprehensive Hospice Assessment |
| ✓ | F.Be. | 3/3/11 | Skilled Nurse Note |
| ✓ | F.Be. | 3/17/11 | Skilled Nurse Note |
| ✓ | F.Be. | 3/28/11 | Skilled Nurse Note |
| ✓ | A.Br. | 5/18/11 | Face to Face Encounter |
| ✓ | A.Br. | 5/18/11 | Comprehensive Hospice Assessment |
| ✓ | C.Bu. | 6/1/11 | Face to Face Encounter |
| ✓ | C.Bu. | 8/1/11 | Face to Face Encounter |
| ✓ | E.G. | 1/26/11 | Comprehensive Hospice Assessment |
| ✓ | E.G. | 6/3/11 | Face to Face Encounter |
| ✓ | E.G. | 6/3/11 | Comprehensive Hospice Assessment |
| ✓ | E.G. | 8/12/11 | Face to Face Encounter |

| | | | |
|---|---|---|---|
| ✓ | A.G. | 6/7/11 | Face to Face Encounter |
| ✓ | A.G. | 6/7/11 | Comprehensive Hospice Assessment |
| ✓ | A.G. | 8/6/11 | Face to Face Encounter |
| ✓ | M.H. | 5/9/11 | Face to Face Encounter |
| ✓ | A.L. | 5/16/11 | Comprehensive Hospice Assessment |
| ✓ | N.S. | 11/2/10 | Skilled Nurse Note |
| ✓ | N.S. | 11/4/10 | Skilled Nurse Note |
| ✓ | N.S. | 11/9/10 | Skilled Nurse Note |
| ✓ | N.S. | 11/19/10 | Skilled Nurse Note |
| ✓ | N.S. | 11/26/10 | Skilled Nurse Note |
| ✓ | N.S. | 12/6/10 | Skilled Nurse Note |
| ✓ | N.S. | 6/21/11 | Face to Face Encounter |
| ✓ | N.S. | 8/16/11 | Face to Face Encounter |
| ✓ | P.S. | 2/4/11 | Comprehensive Hospice Assessment |
| ✓ | P.S. | 2/16/11 | Skilled Nurse Note |
| ✓ | P.S. | 2/22/11 | Skilled Nurse Note |
| ✓ | P.S. | 6/7/11 | Comprehensive Hospice Assessment |

With respect to Count 2:     Not Guilty _____     Guilty ____✓_____

With respect to Count 3:     Not Guilty _____     Guilty ____✓_____

With respect to Count 4:     Not Guilty _____     Guilty ____✓_____

With respect to Count 5:     Not Guilty _____     Guilty ____✓_____

With respect to Count 6:     Not Guilty _____     Guilty ____✓_____

With respect to Count 7:     Not Guilty _____     Guilty ____✓_____

With respect to Count 8:     Not Guilty _____     Guilty ____✓_____

With respect to Count 9:     Not Guilty _____     Guilty ____✓_____

With respect to Count 10:    Not Guilty _____     Guilty ____✓_____

With respect to Count 11:    Not Guilty _____     Guilty ____✓_____

With respect to Count 12:    Not Guilty _____     Guilty ____✓_____

With respect to Count 13:    Not Guilty _____     Guilty ____✓_____

With respect to Count 14:   Not Guilty _____   Guilty ___✓___

With respect to Count 15:   Not Guilty _____   Guilty ___✓___

With respect to Count 16:   Not Guilty _____   Guilty ___✓___

With respect to Count 17:   Not Guilty _____   Guilty ___✓___

With respect to Count 18:   Not Guilty _____   Guilty ___✓___

With respect to Count 19:   Not Guilty _____   Guilty ___✓___

With respect to Count 20:   Not Guilty _____   Guilty ___✓___

With respect to Count 21:   Not Guilty _____   Guilty ___✓___

With respect to Count 22:   Not Guilty _____   Guilty ___✓___

With respect to Count 23:   Not Guilty _____   Guilty ___✓___

With respect to Count 24:   Not Guilty _____   Guilty ___✓___

With respect to Count 25:   Not Guilty _____   Guilty ___✓___

With respect to Count 26:   Not Guilty _____   Guilty ___✓___

With respect to Count 27:   Not Guilty _____   Guilty ___✓___

With respect to Count 28:   Not Guilty _____   Guilty ___✓___

With respect to Count 29:   Not Guilty _____   Guilty ___✓___

With respect to Count 30:   Not Guilty _____   Guilty ___✓___

With respect to Count 31:   Not Guilty _____   Guilty ___✓___

With respect to Count 32:   Not Guilty _____   Guilty ___✓___

With respect to Count 33:   Not Guilty _____   Guilty ___✓___

With respect to Count 34:   Not Guilty _____   Guilty ___✓___

With respect to Count 35:   Not Guilty _____   Guilty ___✓___

With respect to Count 36:   Not Guilty _____   Guilty ___✓___

With respect to Count 37:   Not Guilty _____   Guilty ___✓___

With respect to Count 38:   Not Guilty _____   Guilty ___✓___

With respect to Count 39:   Not Guilty _____   Guilty ___✓___


_11-19-2014_
DATE

_Ryan Sanell_ (signature)
PRESIDING JUROR