SENTENCING COURTROOM MINUTE SHEET        DATE __7-28-15__

CR. CASE NO. __14-123__ C   U.S.A. -vs- __Paula Kluding__

COMMENCED __9:00__   ENDED __10:45__   TOTAL TIME __1 hr 45 min__

JUDGE ROBIN J. CAUTHRON        DEPUTY LINDA GOODE        REPORTER SHERRI GRUBBS

COUNSEL FOR PLF. __Amanda Green, Jessica Perry__

COUNSEL FOR DFT. __Jack Pointer, Jacquelyn Ford__

INTERPRETER. _____

SENTENCING MINUTE:

Dft. appears in person/in custody with - without - ct. apptd. - **private** - counsel - Public Defender

Probation Report reviewed by counsel and deft.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS __36 mos.__
__This term consists of 36 mos on each of cts 1-39, all to run concurrently w/ one another__

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of __3__ years. __on each of cts 1-39 all to run concurrently.__
Within 72 hours of release from the custody of the Bureau of Prisons defendant shall report in person to the USPO in district of release.

Defendant ordered to make restitution in the amount of __$2,519,813.33 due immed.__

with condition that def. ( ) obey all local, state and federal laws:

( ) comply with rules and regulations of the probation department.

(✓) special condition: __IFRP, financial conditions, no employment in a fiduciary manner; mental health aftercare, suspends urine screening, forfeiture.__

PAY A SPECIAL ASSESSMENT FEE OF __$100 per each ct, totaling $3900__

BOND EXONERATED.        DEF. REMANDED TO U.S.M.

DEFT. adv. of right to appeal & to appeal in f.p. DEFT. gives oral notice of appeal and Clerk directed to spread of record said notice of appeal.

Execution of sentence stayed until __12:00 NOON August 28, 2015__, at which time defendant's court appearance bond will be exonerated. Deft. to remain on present bond until he/she reports to designated prison.

The Court orders commitment to the custody of the Bureau of Prisons & recommends __Carswell, if eligible__